■ JOHN CASSINARI, Appellant, v ROBERT J. GILSON, Respondent.—On this appeal from an order of the Supreme Court, Dutchess County, dated June 19, 1975, Thomas F. Vasti, Jr., Esq., the attorney for the appellant, failed to appear at a conference scheduled in this court on September 8, 1975 (see 22 NYCRR 670.28). Accordingly, the appeal is dismissed, without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.

■ WANDA T. CLANDORF et al., Appellants, v GENERAL MOTORS CORPORATION et al., Respondents.—In an action to recover damages for personal injuries, etc., plaintiffs appeal from a judgment of the Supreme Court, Queens County, entered March 26, 1975, in favor of defendants upon dismissal of the complaint at the close of a jury trial, on the ground that plaintiff Wanda T. Clandorf was contributorily negligent as a matter of law. Judgment reversed, on the law, and new trial granted, with costs to abide the event *(Wartels v County Asphalt,* 29 NY2d 372; *Provenzo v Sam,* 23 NY2d 256, 260–261; *Rossman v La Grega,* 28 NY2d 300, 305). Gulotta, P. J., Rabin, Martuscello, Latham and Shapiro, JJ., concur.